IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-01882-PSF-CBS

OUTLAST TECHNOLOGIES, INCORPORATED, a Colorado corporation,

　　Plaintiff,

v.

FRISBY TECHNOLOGIES, INCORPORATED, a Delaware corporation,

　　Defendant.

## ORDER REGARDING NOTICE OF WITHDRAWAL

　　THIS MATTER is before the Court on the Notice of Withdrawal by Craig Neugeboren from Cooley Godward LLP (Dkt. # 129).  The Court, having reviewed the notice, will consider such notice to be a <u>motion to withdraw</u>.  The withdrawal of Mr. Neugeboren as counsel in this matter is hereby GRANTED.

　　For future reference, however, the Court reminds counsel that pursuant to D.C.COLO.LCivR 11.1A and 83.3B and D, only lawyers, not law firms, can be counsel of record and can enter an appearance on behalf of a party.  Rule 83.3D expressly notes that "[a]n attorney who has appeared in a case may seek to withdraw <u>on motion</u> showing good cause."  (Emphasis added.)

　　DATED:  July 21, 2005

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Phillip S. Figa
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Phillip S. Figa
　　　　　　　　　　　　　　　　　　　　　　United States District Judge