IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-01882-PSF-BNB

OUTLAST TECHNOLOGIES, INCORPORATED, a Colorado Corporation,

    Plaintiff,

v.

FRISBY TECHNOLOGIES, INCORPORATED, a Delaware Corporation,

    Defendant.

## ORDER REGARDING JOINT STATUS REPORT AND
## SPECIAL DESIGNATION OF UNITED STATES MAGISTRATE JUDGE

THE COURT is in receipt of the Joint Status Report filed by the parties on July 11, 2005 (Dkt. # 127) in which they inform the Court that this action remains stayed by the bankruptcy court pending its decision on their petition to modify the stay solely for further proceedings on the summary judgment motions in light of the Federal Circuit's remand.  The parties also suggest that they are in "the midst of settlement discussions and there is a possibility that the parties will reach agreement before the bankruptcy court rules on Frisby's petition to modify the stay."  Joint Status Report at 1.

In the Status Report the parties also represent that they are in agreement that Magistrate Judge Boland should retain jurisdiction to rule on the pending summary judgment motions in this action should the bankruptcy court modify its stay.  The parties had previously stipulated to the referral of dispositive motions to the Magistrate Judge pursuant to D.C.COLO.LCivR 72.3B.  Therefore, upon this specific written consent of

the parties, and pursuant to 28 U.S.C. § 636(c)(1) and D.C.COLO.LCivR 72.2 and 72.3, this Court hereby authorizes the Magistrate Judge to conduct any and all further proceedings herein, including ordering the entry of judgment in the case if and when appropriate.

DATED: July 28, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge