IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-01882-PSF-CBS-BNB

OUTLAST TECHNOLOGIES, INCORPORATED, a Colorado corporation,

Plaintiff,

v.

FRISBY TECHNOLOGIES, INCORPORATED, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

By a Joint Status Report filed July 11, 2005, the parties indicated that (1) a motion to modify stay was pending in the bankruptcy court which, if granted, would allow this court to conduct further proceedings on summary judgment motions; and (2) the parties were engaged in settlement discussions which might result in a resolution of the case even before the bankruptcy court ruled on the motion to modify stay. No further filings from the parties have been received in the intervening four months. In addition, on July 28, 2005, the district judge entered an order, based on the consent of the parties, authorizing me to "conduct any and all further proceedings herein, including ordering the entry of judgment in the case if and when appropriate."

IT IS ORDERED that the parties shall file a status report on or before **November 28, 2005**, updating the court on the status of the motion to modify stay in the bankruptcy court and of the progress of the parties toward settlement. The status report also should specify what proceedings, if any, should be conducted in this court and a proposed schedule for those proceedings.

Dated November 14, 2005.

                                BY THE COURT:

                                /s/ Boyd N. Boland
                                United States Magistrate Judge