IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-01882-PSF-CBS

OUTLAST TECHNOLOGIES, INCORPORATED, a Colorado corporation,

Plaintiff,

v.

FRISBY TECHNOLOGIES, INCORPORATED, a Delaware corporation,

Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

The Court, having considered the Parties' Joint Stipulation of Dismissal With Prejudice (Dkt. # 133), hereby ORDERS that the above-captioned action, including all claims and counterclaims between them, is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees. It is

FURTHER ORDERED that the Order of Special Designation dated July 28, 2005 (Dkt. # 131) is withdrawn solely for the purpose of entry of this Order by the undersigned.

DATED: November 30, 2005

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge